IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY, JR.**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00965-BSM**

**DOE, "Darnell" Jail Doctor/Nurse,**
**Drew County Detention Facility**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE